In the Matter of the Application of S. BERNARD ROSS, for an Order Pursuant to Article 78 of the Civil Practice Act against FIORELLO H. LAGUARDIA and Others, Composing and Constituting the Board of Estimate of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

MAURICE GRIEFF v. N. R. EQUITY CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

WILLIAM LOWETH CO., INC., v. MEYER R. WEISS and Others.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HELEN ROSE DUBIN v. ALEXANDER DUBIN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

JULIA PRIGODINA v. THE ELECTRIC COMPANY OF THE DONETZ BASIN (ELEKTRICHESKOYE AKZIONERNOYE OBSCHESTVO DONETSKAGO BASEINA). GERARD BEEKMAN CROOK — BABCOCK & WILCOX, LIMITED, Appearing Specially, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of FRIEDERICH H. A. BRANDT to Confirm the Award Made in the Arbitration Proceedings between FRIEDERICH H. A. BRANDT and HANS J. SPANNER, ULRICH W. DOERING and EDMUND GERMER, Pursuant to Stipulation of Arbitration Submission Dated March 29, 1940. FRIEDFRICH H. A. BRANDT — HANS J. SPANNER and Others.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, on appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

LOFT, INC., v. MILES REALTY CO., INC. (a New York Corporation), and Others.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 940.] Motion for reargument denied. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

JOSEPH FUENTES v. ABRAHAM I. KOSOWER, Also Known as ABRAHAM KAY, and Others.— Motion for reargument denied. Motion for resettlement granted. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JOSEPHINE PARKAS v. PETER PARKAS.— Motion to vacate order entered November 13, 1940, and for leave to appeal to the Court of Appeals from order entered October 18, 1940, denied. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of JOHN F. HEFFERNAN (Also Known as JOHN F. McD. HEFFERNAN).— Motion for reargument and rehearing, or for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.